UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GERARD JUNTILLA and DIXIE JUNTILLA,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>RESI HOME LOANS IV, LLC f/k/a AMERICAN HOME MORTGAGE, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:12-cv-00790-MMD-PAL<br><br>AMENDED ORDER and ORDER EXPUNGING LIS PENDENS<br><br>(Motion to Expunge Lis Pendens – dkt. no. 29)<br><br>(Motion for Entry of Amended Order on Motion to Expunge Notice of Lis Pendens – dkt. no. 67) |

For reasons stated in this Court's December 11, 2012, Order (dkt. no. 65), IT IS HEREBY ORDERED that the Motion to Expunge Lis Pendens (dkt. no. 29) is GRANTED;

IT IS FURTHER ORDERED that pursuant to NRS § 14.015, the Notice of Pendency of Action filed and recorded by or on behalf of Plaintiffs on the real property located at 9554 Meridian Park Avenue, Las Vegas, Nevada (APN 163-196-110-16) with the Clark County Recorder's Office as Instrument Number 201204260000926 is hereby cancelled and extinguished; this cancellation has the same effect as an expungement of the original notice;

IT IS FURTHER ORDERED that Plaintiffs will record a copy of this Order with the Clark County Recorder's Office.

DATED THIS 3rd day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE