UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GERARD JUNTILLA and DIXIE JUNTILLA,<br><br>                    Plaintiffs,<br><br>    v.<br><br>RESI HOME LOANS IV, LLC f/k/a AMERICAN HOME MORTGAGE, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; WELLS FARGO BANK, N.A., et al.,<br><br>                    Defendants. | Case No. 2:12-cv-00790-MMD-PAL<br><br>ORDER |

The Court's docket reflects that on January 17, 2013, a Summons was issued to Defendant Fidelity National Title Insurance Company ("Fidelity"). (Dkt. no. 73.) The Court has dismissed claims against Defendant Fidelity with prejudice. (Dkt. no. 65.) Accordingly, the Summons should not have been issued.

IT IS THEREFORE ORDERED that the Summons issued to Defendant Fidelity be STRICKEN. Plaintiff is precluded from serving the Summons on Defendant Fidelity.

DATED THIS 18th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE